■ PATRICIA A. KONO, Respondent, v. ALEXANDER A. KONO, JR., Appellant.— In an action for separation, defendant appeals from so much of an order which grants the motion of plaintiff, who is also the receiver in sequestration proceedings, for the examination of seven witnesses with respect to defendant's past or present interest in a partnership and six corporations. Order modified by striking from the second ordering paragraph all references to the production of books, records, documents and other papers. As so modified, order, insofar as appealed from, affirmed, without costs. If upon the examination of any of these witnesses it appears that defendant has or had an interest in the partnership or in any of the associate or successor corporations, application may be made to the court for further order directing the production of such books, records, documents and other papers as may be necessary to show the nature and extent of such interest. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur. Settle order on notice.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. HUNT, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of section 1140 of the Penal Law, and from the sentence imposed thereon. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN DOR CORP., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. (Consolidated proceeding.) — Appeal from a final order entered after the trial of consolidated proceedings initiated pursuant to article 13 of the Tax Law to review certain tax assessments made by respondents upon appellant's real property, insofar as said order fails to reduce the assessments to the values claimed by appellant and as fails to award costs to appellant. Order, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ MINERVA ROTHBERG, Appellant, v. PHILIP ROTHBERG, Respondent.— In an action for a separation, the appeal is from a judgment dismissing the complaint, denying a motion for alimony and counsel fees, previously referred to the trial court for disposition, and making an award for the support and maintenance of the infant son of the parties. Judgment unanimously affirmed, without costs. No opinion. Preesnt — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ESTELLE SUMMERS, Appellant, v. JACK SUMMERS, Respondent.— Appeal from an order modifying a final judgment of separation by reducing the amount awarded for support, and directing payments on account of arrears. The order was entered after trial of the issue of respondent's ability to comply with the terms of the judgment. (See *Summers* v. *Summers*, 283 App. Div. 1101.) Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.